Mr. Silk's 3rd Base, Inc. Liquor License Case.

Argued December 12, 1967. *Paul J. Cody,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Herbert G. Hardin,* with him *Leslie P. Hill, 2nd,* for appellees.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

Solano, Appellant, *v.* Schoenholtz et ux.

Submitted December 11, 1967. *Theodore L. Krohn,* for appellant; *Louis Shaffer,* for appellees.

Judgment affirmed.

Taylor *v.* Cherundolo, Appellant.

Argued December 11, 1967. *Richard S. Campagna,* with him *Rosser, McDonald, Marcus & Foley,* for appellant; *Peter T. O'Malley,* for appellee.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.